463 A.2d 46

Williams v. Williams, Appellant.

Argued April 19, 1983. T.J. Scully, for appellant; Brenda Williams, for appellee.

Before WICKERSHAM, ROWLEY and WATKINS, JJ.

Order affirmed.

July 22, 1983.

465 A.2d 46

Calesnick et ux., Appellants v. Redevelopment Auth.

Reargument Denied Oct. 3, 1983.

Petition for Allowance of Appeal
Denied Jan. 20, 1984.

Argued April 20, 1983. Milton A. Calesnick, appellants, in propria persona. Carl S. Primavera, for appellee.

Before WICKERSHAM, ROWLEY and WATKINS, JJ.

Order affirmed.